Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRADLEY BOARDMAN, a Washington Individual Provider; DEBORAH THURBER, a Washington Family Childcare Provider; SHANNON BENN, a Washington Family Childcare Provider; and FREEDOM FOUNDATION, a Washington nonprofit organization,<br><br>                              Plaintiffs,<br><br>      v.<br><br>GOVERNOR JAY INSLEE, Governor of the State of Washington; PATRICIA LASHWAY, Director of the Washington Department of Social and Health Services ("DSHS"); and ROSS HUNTER, Director of the Washington Department of Early Learning ("DEL"),<br><br>                              Defendants,<br><br>And<br><br>CAMPAIGN TO PREVENT FRAUD AND PROTECT SENIORS,<br>                            Intervenor-Defendant. | Case No. 3:17-cv-05255 BHS<br><br>INTERVENOR-DEFENDANT CAMPAIGN'S JOINDER IN STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>NOTED ON MOTION CALENDAR: AUGUST 10, 2018<br><br>ORAL ARGUMENT REQUESTED |

CAMPAIGN'S JOINDER IN STATE DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT - 1
Cause No. 3:17-cv-05255 BHS
20179 00001 hg298253mm.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**STATEMENT OF JOINDER**

Intervenor-Defendant Campaign to Prevent Fraud and Protect Seniors ("Campaign") joins in the State Defendants' Opposition to Plaintiffs' Motion for Summary Judgment in its entirety. To avoid duplication and increase judicial efficiency, the Campaign will not repeat those arguments to the Court.

The Campaign wishes to make clear, however, that it disagrees with Plaintiffs' (collectively, "Freedom Foundation") one-sided mischaracterization of certain facts, history, and unrelated cases regarding the relationship between I-1501's union supporters and the Freedom Foundation. Given the acknowledged acrimonious relationship between unions and the Freedom Foundation, those union supporters likely could provide a counter story that describes the Freedom Foundation as bad actors as well. But as discussed in the Campaign's and State Defendants' Motions for Summary Judgment and the State Defendants' Opposition to Plaintiffs' Motion for Summary Judgment, the Freedom Foundation's rhetoric and allegations in this regard are not relevant to determining the constitutionally of I-1501, which is the only issue before this Court. I-1501's constitutionality is determined based on the law itself and the intent of the more than 2.2 million Washington voters who enacted the Initiative.

As relevant to this case, conspicuously absent from the Freedom Foundation's briefing is reference to the majority of the Campaign's communications to the general public that were made available to the Freedom Foundation in discovery. Those communications describe and emphasize I-1501's legitimate purpose of protecting against potential identity theft and fraud and contain no reference to the Freedom Foundation in any way. This is true of the Campaign's mailers and flyers that were distributed to the general public. *See* Declaration of Beth Lindsay in

CAMPAIGN'S JOINDER IN STATE DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT - 2
Cause No. 3:17-cv-05255 BHS
20179 00001 hg298253mm.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Support of the Campaign's Joinder ("Lindsay Decl.") ¶ 6, Ex. A (flyers and mailers to general public describing I-1501's goals related to preventing identity theft and fraud). And it also is true of the Campaign's Facebook advertisements and talking points that the Campaign widely distributed to potential supporters, advocates, and spokespersons. *See* Lindsay Decl. ¶¶ 7,8, Exs. B, C. These messages are entirely consistent with the text of I-1501, the measure's ballot title, and the Voters' Guide, which are the only things that all voters had in front of them when deciding whether to approve I-1501.

The Freedom Foundation ignores the Campaign's general voter communications and points to four documents that mention the Freedom Foundation.[1] Plaintiffs' Motion for Summary Judgment ("Pls.' Mot. Summ. J.") (Docket No. 50) at 9. But those documents never were provided to the general public. Lindsay Decl. ¶ 12. The Campaign did not mail or distribute them to voters. *Id.* Rather, the documents were provided to unions who then chose whether or not to distribute them to their own internal membership lists. *Id.* The general public never received them.

Further, many other communications mentioning caregiver privacy that the Freedom Foundation relies on were not Campaign documents or messages to voters at all. Rather, they appear to be internal SEIU communications, sent by SEIU to SEIU caregivers. *See* Pls.' Mot. Summ. J. at 9-10, Declaration of Susan Stahlfeld in Support of Plaintiffs' Motion for Summary Judgment ("Stahlfeld Decl.") (Docket No. 56) ¶¶ 8, 9, Exs. H, I (documents produced pursuant to third-party subpoena and drafted by and targeted to SEIU-related individuals, not general

---

[1] While four separate pages are cited, two are near duplicates of the others.

CAMPAIGN'S JOINDER IN STATE DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT - 3
Cause No. 3:17-cv-05255 BHS
20179 00001 hg298253mm.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

public).  Such internal communications are irrelevant to determining voter intent.[2]

Finally, the Freedom Foundation provides no evidence that I-1501's many endorsers outside of SEIU supported the Initiative out of animus.  I-1501's endorsers included, among others, King County Sheriff John Urquhart, the Washington State Council of Firefighters, the Washington State Democrats, the Spokane County Democrats, the King County Democrats, the Snohomish County Democrats, the 47th Legislative District Democrats, the Statewide Poverty Action Network, the Sky Valley Chronicle, the Washington Community Action Network, the Washington State Senior Citizens' Lobby, and individual in-home childcare providers and in-home caregivers for seniors and people with disabilities.  Lindsay Decl. ¶ 9.  The Freedom Foundation ignores that these I-1501 supporters advocated for passage of the measure for entirely legitimate purposes that have nothing to do with the Freedom Foundation.  *See, e.g.*, Lindsay Decl. ¶ 11, Ex. E (Statewide Poverty Action Network stating "[i]dentity theft and fraud is a growing issue that affects everyone but some populations, like seniors, are especially vulnerable," and noting I-1501's goal of addressing that issue).

As set forth in the Campaign's and the State's Motions for Summary Judgment and the State's Opposition Motion, Plaintiffs fail to allege, much less establish, that over 2.2 million Washingtonians acted out of animus towards the Freedom Foundation when they chose to enact I-1501.  The Campaign respectfully requests that the Court deny Plaintiffs' Motion for Summary Judgment.

---

[2] The Freedom Foundation also erroneously asserts that Fuse Votes "used government email to distribute a 2016 Voter's Guide urging passage of I-1501." Pls.' Mot. Summ. J. at 10.  Yet as the cited exhibit shows, nothing of the sort took place.  The email simply shows that Fuse Executive Director Aaron Ostrom sent a Fuse Votes message to someone at DSHS, assumedly a person who had signed up for the Fuse Votes email list using their work email address.  Stahlfeld Decl. ¶ 6, Ex. F.  The insinuation that Fuse inappropriately used government resources reflects the loose interpretation of the facts that the Freedom Foundation takes in its briefing.

CAMPAIGN'S JOINDER IN STATE DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT - 4
Cause No. 3:17-cv-05255 BHS
20179 00001 hg298253mm.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

DATED this 6th day of August, 2018.

PACIFICA LAW GROUP, LLP

By *s/ Gregory J. Wong*
Paul J. Lawrence, WSBA No. 13557
Gregory J. Wong, WSBA No. 39329
Claire E. McNamara, WSBA No. 50097

Attorneys for Defendant-Intervenor, Campaign to Prevent Fraud and Protect Seniors

CAMPAIGN'S JOINDER IN STATE DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT - 5
Cause No. 3:17-cv-05255 BHS
20179 00001 hg298253mm.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

# **CERTIFICATE OF SERVICE**

I hereby certify that on this  6th   day of August, 2018, I electronically filed the foregoing document with the United States District Court ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Hannah Sells, WSBA No. 52692<br>c/o Freedom Foundation<br>P.O. Box 552<br>Olympia, Washington 98507<br>Telephone: (360) 956-3482<br>hsells@freedomfoundation.com<br>knelsen@freedomfoundation.com<br>legal@freedomfoundation.com<br><br>*Co-Counsel for Plaintiffs* | Peter B. Gonick<br>Callie A. Castillo<br>ATTORNEY GENERAL'S OFFICE<br>7141 Cleanwater Drive SW<br>PO Box 40123<br>Olympia, WA 98504-0123<br>Phone: 360.753.5528<br>peterg@atg.wa.gov<br>calliec@atg.wa.gov<br>StephanieL1@atg.wa.gov<br>SGOOlyEF@atg.wa.gov<br><br>Attorney for Defendants Governor Jay Inslee, *Governor of the State of Washington*; Patricia Lashway, *Director of the Washington Department of Social and Health Services (DSHS)*; and Ross Hunter, *Director of the Washington Department of Early Learning (DEL)* |

Susan K. Stahlfeld, WSBA No. 22003
Tara M. O'Hanlon, WSBA No. 45517
Miller Nash Graham & Dunn LLP
Pier 70
2801 Alaskan Way, Suite 300
Seattle, Washington 98121
Telephone: (206) 624-8300
Fax: (206) 340-9599
susan.stahlfeld@millernash.com
tara.ohanlon@millernash.com

*Co-Counsel for Plaintiffs*

Signed at Seattle, Washington this 6th day of August, 2018.

_____
Dawn M. Taylor

CAMPAIGN'S JOINDER IN STATE DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT - 6
Cause No. 3:17-cv-05255 BHS
20179 00001 hg298253mm.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750